AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Northern District of New York

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| **v.** | ) | |
| TREVON WATKINS, | ) | Case No.     5:26-MJ-72 (ML) |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| **Defendant.** | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of November 17, 2024, in the county of Lewis in the Northern District of New York and elsewhere, the defendant violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2252A(a)(2)(A) | Distribution of child pornography |

This criminal complaint is based on these facts:
See attached affidavit

☒    Continued on the attached sheet.

*Cory R Shepard*
_____
*Complainant's signature*

Cory Shepard, Task Force Officer, HSI
_____
*Printed name and title*

Attested to by the affiant in accordance with Rule 4.1 of the Federal Rules of Criminal Procedure.

Date: _____April 2, 2026_____

*Miroslav Lovric*
_____
*Judge's signature*

City and State:    Binghamton, NY

Hon. Miroslav Lovric, U.S. Magistrate Judge
_____
*Printed name and title*

**AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT**

I, Cory Shepard, being duly sworn, hereby state as follows:

**I.    INTRODUCTION**

1.    I am a Customs and Border Protection Officer (CBPO) with the U.S. Department of Homeland Security (DHS), Customs and Border Protection (CBP), and as such I am empowered by law to investigate and make arrest for offenses enumerated in Title 18, United States Code, Section 2252A.

2.    I have been employed as a Task Force Officer (TFO) since November 2020 and I am currently assigned to the Homeland Security Investigation (HSI) Task Force Resident Agent Office in Alexandria Bay, New York.  While assigned to HSI, I have been responsible for enforcing customs laws, immigration laws and federal criminal statutes of the United States.  My responsibilities as a TFO with HSI include, but are not limited to, conducting investigations, executing arrest warrants, executing search warrants, collecting evidence, and interviewing witnesses.  I have been a TFO for approximately five and one-half years and have investigated and/or participated in investigations of child pornography, narcotics, smuggling, and immigration-related cases.  My duties include the enforcement of federal criminal statutes involving the sexual exploitation of children, as codified in Title 18, United States Code, Sections 2251 through 2259.  I have participated in searches of premises and assisted in gathering evidence by means of a search warrant.  I have received training in the area of the importation and distribution of child pornography and have had the opportunity to observe and review numerous examples of child pornography in many forms, including video and computer media.

3.    My duties include the enforcement of federal criminal statutes involving the exploitation of children as codified in 18 U.S.C. §§ 2251-2259. I have received training in the importation and distribution of child pornography and have had the opportunity to observe and review

numerous examples of child pornography in many forms of media, including video and computer media.

4.      This affidavit is made in support of an application for a criminal complaint charging Trevon WATKINS with a violation of 18 U.S.C. § 2252A(a)(2)(A) (distribution of child pornography) (the "Subject Offense").

5.      The statements contained in this affidavit are based upon my investigation and information provided to me by other agents. Because this affidavit is being submitted for the limited purpose of securing a criminal complaint, I have not included every fact known to me concerning this investigation.

## **FACTS SUPPORTING PROBABLE CAUSE**

6.      WATKINS is on parole and under the supervision of the New York State Department of Correction and Community Supervision (DOCCS) due to a New York State conviction in November 2020 for Rape in the Second Degree.  He is a Level 2 registered sex offender.

7.      In or around early October 2025, WATKINS sent a text message to a parole officer which stated, "I like to confess I've been selling and dealing drugs and abuseing [sic] alcohol. I have engaged in sexual relations with a minor for almost 2 years."

8.      On or about October 29, 2025, the Lewis County Sheriff's Office (LCSO) interviewed WATKINS after he was a victim of a stabbing. In sum and substance and as relevant to the requested criminal complaint, WATKINS said that Victim 1 was then 17 years old and they started seeing each other in September of 2025 (about a month earlier) after he moved into his apartment in Glenfield, New York.[1] The interviewer responded that he had heard that WATKINS had been dating Victim 1 for about 2 years. WATKINS denied this and said they did not start dating until after WATKINS

---

[1] As described further below, Victim 1 is a minor female born in 2008.

2

moved to Glenfield. WATKINS claimed that he and Victim 1 had not met until WATKINS moved to Lewis County around September 1, 2025. WATKINS's assertions contradicted his text message described in the previous paragraph, and are further belied as described in more detail below.

9.      On or about November 13, 2025, Parole Officer Turner conducted a home visit at WATKINS's reported address in Lewis County, along with investigators with the Lewis County Sheriff's Office. WATKINS was present at the residence, as was Individual A and Victim 1. After investigators observed a firearm and drug paraphernalia, they obtained a search warrant for the residence, which was authorized by the Honorable Daniel R. King, Lewis County Court Judge. Victim 1 was briefly interviewed and told investigators that she was born in 2008.

10.      During the search of the residence on November 13, 2025, investigators seized WATKINS's cellphone, which was found on his bedroom window. WATKINS provided the cell phone's passcode. During a manual examination of the cellphone,[2] a parole officer looked in the photos application and saw multiple videos of a young female performing sexual acts. Specifically, the parole officer described observing: (1) a video depicting who the officer believed was Victim 1 performing oral sex on who the parole officer believed to be WATKINS, and (2) two additional videos of Victim 1 inserting her fingers into her vagina and one video of Victim 1 masturbating with a vibrator.

11.      On or about December 5, 2025, the Honorable Miroslav Lovric, U.S. Magistrate Judge, authorized a search warrant for the cellphone. As a result of the search, investigators observed that the cellphone contained multiple media files depicting Victim 1 engaged in various sexual acts.

---

[2] During a manual examination, the examiner navigates through the phone's contents as a user would, without the assistance of forensic examination software.

3

Victim 1 was readily identifiable because of a combination of her face being visible in certain of the media and distinctive tattoos on her hands, torso, and back.

12. A forensic analysis of the cellphone showed that the cellphone was named "Trevon's iPhone." It had been used to log in to a Snapchat account with the display name "mr.richndfamous." Forensic artifacts showed that the cellphone's user requested and downloaded Snapchat account data on multiple occasions via the "Download My Data" feature.[3] Review of the downloaded data in the phone's file system revealed a Snapchat chat between the account with username "mr.richndfamous" and the account with username "daddy.[XXXXX]78."[4]

13. On multiple occasions, user mr.richndfamous sent videos to account daddy.[XXXXX]78 including the following:

   a. On or about November 17, 2024, user "mr.richndfamous" sends a video file titled "2024-11-

   17_b~EiQSFVFKSks2azFiRHdBcENFWUZmTVBtRxoAGgAyAX5IAlAEYAE.mp

---

[3] Snapchat's "Download My Data" feature allows users to request and download a copy of their account information, including memories, chat history, profile details, and media. Accessible via app settings or the web portal, this tool delivers a ZIP file—often including HTML and JSON formats—containing user data, ranging from basic information to comprehensive memory backups.

[4] There is probable cause that WATKINS is the user of the "mr.richndfamous" account because: 1) the cellphone was used to log in to the account, 2) the account was used to send a message to another user depicting Minor A with the caption "my wife,"; and (3) the account sent another user a CashApp QR code that read "Trevon Watkins" with the CashApp cashtag "$richndfamous1999."

There also is probable cause to believe that Victim 1 is the user of the daddy.[XXXXX]78 account because of the nature of the communications I observed between that account and the mr.richndfamous account, and the fact that the display name includes a nickname for Victim 1's actual first name.

4" to the daddy.[XXXXX]78 account. The video file is approximately 30 seconds in length and depicts WATKINS using his penis to penetrate Victim 1's vagina. Victim 1's spine tattoo and WATKINS's forearm tattoo can both be identified in the video.

14.     The chat communications were located in the file titled "subpage_daddyy.[XXXXX]78.html." This file was located within the .zip folder of the Snapchat data download with folder name "mydata~1762838348067.zip." Also in the downloaded data .zip folder, within a folder titled "chat_media,", was the chat's associated media; which is where both above-described videos were located.

## III.     CONCLUSION

15.     Based on the above information, there is probable cause to believe that Trevon WATKINS has committed the Subject Offense.


ATTESTED TO BY THE APPLICANT IN ACCORDANCE WITH THE REQUIREMENTS OF RULE 4.1 OF THE FEDERAL RULES OF CRIMINAL PROCEDURE.


*Cory R Shepard*
_____
Cory Shepard, Task Force Officer
Homeland Security Investigations


I, the Honorable Miroslav Lovric, United States Magistrate Judge, hereby acknowledge that this affidavit was attested by the affiant by telephone on April _2_, 2026, in accordance with Rule 4.1 of the Federal Rules of Criminal Procedure.

*Miroslav Lovric*
_____
Hon. Miroslav Lovric
United States Magistrate Judge

5