IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | Criminal No.    5:26-CR-257 (GTS) |
| | ) | |
| **v.** | ) | **Indictment** |
| | ) | |
| **TREVON WATKINS,** | ) | Violations:    18 U.S.C. § 2251(a) [Sexual Exploitation of a Child] |
| | ) | |
| **Defendant.** | ) | 18 U.S.C. § 2260A [Felony Offense Involving a Minor by a Registered Sex Offender] |
| | ) | 18 U.S.C. § 2252A(a)(2)(A) [Distribution of Child Pornography] |
| | ) | 18 U.S.C. § 2252A(a)(5)(B) [Possession of Child Pornography] |
| | ) | 4 Counts and Forfeiture Allegation |
| | ) | County of Offense:    Lewis |

**THE GRAND JURY CHARGES:**

**COUNT 1**
**[Sexual Exploitation of a Child]**

On or about August 14, 2024, in Lewis County in the Northern District of New York, the defendant, **TREVON WATKINS**, did use, persuade, induce, entice, and coerce a minor, that is V-1, a minor female child born in 2008 whose identity is known to the grand jury, to engage in sexually explicit conduct for the purpose of producing visual depictions of such conduct, knowing and having reason to know that such visual depictions would be transported and transmitted using any means and facility of interstate and foreign commerce and in and affecting

such commerce, and where such visual depictions were transported and transmitted using any means and facility of interstate and foreign commerce and in and affecting such commerce, in violation of 18 U.S.C. § 2251(a) and (e).

## COUNT 2
### [Felony Offense Involving a Minor by a Registered Sex Offender]

On or about August 14, 2024, in Lewis County in the Northern District of New York, the defendant, **TREVON WATKINS**, an individual required by Federal and other law to register as a sex offender, committed a felony offense involving a minor, that is Sexual Exploitation of a Child as charged in Count 1, in violation of 18 U.S.C. § 2260A.

## COUNT 3
### [Distribution of Child Pornography]

On or about November 17, 2024, in Lewis County in the Northern District of New York, the defendant, **TREVON WATKINS**, knowingly distributed child pornography, as defined in 18 U.S.C. § 2256(8)(A), using a means and facility of interstate and foreign commerce, shipped and transported in and affecting such commerce by any means, including by computer, in that the defendant, using an Internet-based messaging application, distributed to another user of the application a video file depicting V-1 engaged in sexually explicit conduct, in violation of 18 U.S.C. § 2252A(a)(2)(A) and (b)(1).

## COUNT 4
### [Possession of Child Pornography]

On or about November 13, 2025, in Lewis County in the Northern District of New York, the defendant, **TREVON WATKINS**, knowingly possessed material, that is, an Apple iPhone 13 with serial number MV57T493PQ, manufactured outside the State of New York, that contained one or more images of child pornography, as defined in 18 U.S.C. § 2259(8)(A), such images having been shipped and transported using any means and facility of interstate and

2

foreign commerce and in and affecting such commerce by any means, including by computer, in violation of 18 U.S.C. § 2252A(a)(5)(B) and (b)(2).

## PRIOR CONVICTION ALLEGATION

The defendant, **TREVON WATKINS**, has the following prior final conviction under the laws of any State relating to aggravated sexual abuse, sexual abuse, or abusive sexual conduct involving a minor:

On or about November 23, 2020, the defendant was convicted in Oneida County (New York) Court of Rape in the Second Degree, in violation of New York Penal Law § 130.30. As a result of this conviction, on or about January 29, 2021, the defendant was sentenced to a term of imprisonment of 30 months.

By virtue of said prior conviction, the defendant is subject to the enhanced penalty provisions contained within 18 U.S.C. §§ 2251(e), 2252A(b)(1), and 2252A(b)(2).

## FORFEITURE ALLEGATION

The allegations contained in Counts 2 and 3 of this indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to 18 U.S.C. § 2253(a)(3).

Upon conviction of an offense in violation of 18 U.S.C. § 2252A, as set forth in Counts 2 and 3, the defendant, **TREVON WATKINS**, shall forfeit to the United States, pursuant to 18 U.S.C. § 2253(a)(3), any property, real and personal, used and intended to be used to commit and to promote the commission of the offense of conviction, or any property traceable to such property, including, but not limited to:

1)    One Apple iPhone 13 with serial number MV57T493PQ.

3

Dated:    August 6, 2026

A TRUE BILL,

_____
Grand Jury Foreperson

TODD BLANCHE
Acting Attorney General

JOHN A. SARCONE III
First Assistant United States Attorney

By:    _____
MATTHEW J. McCROBIE
Assistant United States Attorney
Bar Roll No. 702739

4